**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. **14 - 2 0 8 2 9CR-MOORE**

/ McALILEY

18 U.S.C. § 371
18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(C)

FILED by _____ D.C.

NOV 1 3 2014

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. -- MIAMI

**UNITED STATES OF AMERICA**

**vs.**

**EMMANUEL AVRILIEN,**
**ANDY LAMOUR,**
**SANDY JEAN-LOUIS,**
**TAMICA SMITH,**
**MARIE JOSEPH, and**
**GERREY CHERRELUS,**

 **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all material times to this Indictment:

1.     The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for collecting taxes owed to the United States and enforcing and administering the tax laws of the United States.

2.     The IRS allowed United States individual taxpayers to file their tax returns electronically by filing online or through a tax preparation business.

3.     The IRS allowed United States individual taxpayers to have their tax refunds directly deposited into a bank account identified by the taxpayer.  Taxpayers identified these bank accounts by listing a bank account number on their tax return.

4.     Higher One, Inc. ("HOI") provided financial services to colleges and universities throughout the United States including Miami Dade College ("MDC") in Miami, Florida.

5.     HOI offered to college students OneAccounts, which are online checking accounts serviced by HOI and insured by the Federal Deposit Insurance Corporation ("FDIC"). HOI provided to OneAccount holders debit MasterCards which OneAccount holders used to make purchases and to access ATMs for withdrawals.   HOI permitted OneAccount holders to deposit funds into their accounts, including tax refunds and financial aid, and to send money instantly to other OneAccount holders.

6.     HOI offered to colleges and universities Refund Management fund disbursement services, which facilitated the distribution of financial aid and other refunds to students.

7.     Citibank was a financial institution with offices throughout the United States, including in the State of Florida, whose accounts were insured by the FDIC.  Citibank provided a payroll card to Target Store employees through its Prepaid Services division.  The payroll card was formally named "My Target Paycard," and was a prepaid card loaded with funds from Target employees' paychecks.

8.     Defendant **EMMANUEL AVRILIEN** opened Citibank My Target Paycard account XXXXXXXXXXXX1858 using his name, social security number and date of birth. **AVRILIEN** was the only authorized signor on the account.

9.     Defendant **ANDY LAMOUR** opened HOI account XXXX8574 using his name, social security number and date of birth.  **LAMOUR** was the only authorized signor on the account.

10.    Defendant **ANDY LAMOUR** opened Citibank My Target Paycard account XXXXXXXXXX2454 using his name, social security number and date of birth.  **LAMOUR** was

2

the only authorized signor on the account.

11.     Defendant **SANDY JEAN-LOUIS** opened HOI account XXXXX7203 using her name, social security number and date of birth. **JEAN-LOUIS** was the only authorized signor on the account.

12.     Defendant **TAMICA SMITH** opened Citibank My Target Paycard account XXXXXXXXXXXX7273 using her name, social security number and date of birth. **SMITH** was the only authorized signor on the account.

13.     Defendant **MARIE JOSEPH** opened Citibank My Target Paycard account XXXXXXXXXXXX2187 using her name, social security number and date of birth. **JOSEPH** was the only authorized signor on the account.

14.     Defendant **GERREY CHERRELUS** opened HOI account XXXX6292 using his name, social security number and date of birth. **CHERRELUS** was the only authorized signor on the account.

15.     An unindicted co-conspirator with the initials of T.G. opened Citibank My Target Paycard account XXXXXXXXXX8285 using her name, social security number and date of birth. T.G. was the only authorized signor on the account.

16.     An unindicted co-conspirator with the initials of C.R. opened Citibank My Target Paycard account XXXXXXXXXX8102 using her name, social security number and date of birth. C.R. was the only authorized signor on the account.

17.     C.R. opened HOI account XXXXXX9460 using her name, social security number and date of birth. C.R. was the only authorized signor on the account.

18.     An unindicted co-conspirator with the initials of D.R. opened Citibank My Target Paycard account XXXXXXXXXX9915 using her name, social security number and date of

3

birth. D.R. was the only authorized signor on the account.

19.     An unindicted co-conspirator with the initials of M.A. opened HOI account XXXX2234 using his name, social security number and date of birth. M.A. was the only authorized signor on the account.

20.     **EMMANUEL AVRILIEN, ANDY LAMOUR, SANDY JEAN-LOUIS, TAMICA SMITH, MARIE JOSEPH, GERREY CHERRELUS**, T.G., C.R., D.R., and M.A. were residents of Miami-Dade County, Florida.

21.     **ANDY LAMOUR, SANDY JEAN-LOUIS, GERREY CHERRELUS**, C.R., and M.A. were students at MDC. **AVRILIEN, LAMOUR, TAMICA SMITH, MARIE JOSEPH**, T.G., C.R., and D.R. worked at the Target Store located in Miami, Florida.

**COUNT 1**
**Conspiracy to Steal Government Property or Money**
**(18 U.S.C. § 371)**

1.     Paragraphs 1 through 21 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2.     From in or around April 17, 2012, the exact date being unknown to the Grand Jury, continuing through on or about January 24, 2013, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**EMMANUEL AVRILIEN,**
**ANDY LAMOUR,**
**SANDY JEAN-LOUIS,**
**TAMICA SMITH,**
**MARIE JOSEPH,**
**and**
**GERREY CHERRELUS,**

did knowingly and willfully, that is, with the intent to further the object of the conspiracy, combine, conspire, confederate, and agree with each other and other persons known and

4

unknown to the Grand Jury to commit an offense against the United States, that is, to knowingly receive, conceal, and retain, with the intent to convert to their own use and gain, a thing of value of the United States and a department and agency thereof, the aggregate amount of which exceeded $1,000.00, that is, United States Department of Treasury tax refunds, knowing the tax refunds to have been stolen, purloined and converted, in violation of Title 18, United States Code, Section 641.

## PURPOSE OF THE CONSPIRACY

3.     It was the purpose of the conspiracy for **EMMANUEL AVRILIEN, ANDY LAMOUR, SANDY JEAN-LOUIS, TAMICA SMITH, MARIE JOSEPH, GERREY CHERRELUS**, and their co-conspirators to unjustly enrich themselves by obtaining United States Department of Treasury tax refunds to which they were not entitled.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which **EMMANUEL AVRILIEN, ANDY LAMOUR, SANDY JEAN-LOUIS, TAMICA SMITH, MARIE JOSEPH, GERREY CHERRELUS**, and their co-conspirators sought to accomplish the purpose and object of this conspiracy included, among other things, the following:

4.     **EMMANUEL AVRILIEN, ANDY LAMOUR**, and their co-conspirators offered and paid money to HOI account holders and others for recruiting MDC students with HOI accounts who would allow their HOI accounts to receive falsely and fraudulently obtained tax refunds. **AVRILIEN** and **LAMOUR** also offered and paid money to co-conspirators who worked at Target Store and who had Citibank My Target Paycard accounts for allowing their My Target Paycard accounts to receive falsely and fraudulently obtained tax refunds.

5

5.      **EMMANUEL AVRILIEN**, **ANDY LAMOUR**, and their co-conspirators submitted and caused to be submitted false and fraudulent federal income tax returns to the United States Department of Treasury in the names of, and using the social security account numbers of, individuals without their authority or knowledge.  **AVRILIEN, LAMOUR**, **SANDY JEAN-LOUIS, TAMICA SMITH, MARIE JOSEPH, GERREY CHERRELUS**, and their co-conspirators designated HOI OneAccounts and My Target Paycard accounts for the direct deposit of the federal income tax refunds.  These accounts were not the true and correct bank accounts of the individuals whose names and social security account numbers were used to electronically file the false and fraudulent federal income tax returns.

6.      **EMMANUEL AVRILIEN**, **ANDY LAMOUR**, and their co-conspirators used multiple Internet Protocol or "IP" addresses, which are unique series of numbers used to identify computers over the Internet, to file false and fraudulent tax returns.

7.      **EMMANUEL AVRILIEN**, **ANDY LAMOUR**, and their co-conspirators caused over $200,000 dollars in false and fraudulent tax refund claims to be submitted to the IRS in 2012 using the stolen personal identity information of individuals without their permission or knowledge.

8.      Based upon the false and fraudulent federal income tax returns submitted, the United Sates Department of Treasury deposited income tax refunds into HOI and Citibank My Target Paycard accounts designated by **EMMANUEL AVRILIEN**, **ANDY LAMOUR**, and their co-conspirators.

9.      **EMMANUEL AVRILIEN**, **ANDY LAMOUR**, **SANDY JEAN-LOUIS**, **TAMICA SMITH, MARIE JOSEPH, GERREY CHERRELUS**, T.G., C.R., D.R., M.A., and their co-conspirators received direct deposits of certain of the false and fraudulent income tax

refunds into their HOI accounts and Citibank My Target Paycard accounts. **AVRILIEN, LAMOUR**, **JEAN-LOUIS**, **SMITH**, **JOSEPH**, **CHERRELUS**, and their co-conspirators withdrew the fraudulently obtained income tax refunds using their HOI and Citibank My Target Paycard debit cards and PINs at ATMs and through counter withdrawals at various banks.

**OVERT ACTS**

In furtherance of the conspiracy, and to accomplish its object and purpose, at least one co-conspirator committed and caused to be committed, in the Southern District of Florida, at least one of the following overt acts, among others:

1.      On or about June 13, 2012, **EMMANUEL AVRILIEN** received a wire transfer from the United States Department of Treasury into his Citibank My Target Paycard account ending in 1858 of an income tax refund in the total amount of $790.00, which was falsely and fraudulently obtained by submitting a false and fraudulent tax return using L.C.'s name and social security number.

2.      On or about June 27, 2012, **ANDY LAMOUR** received a wire transfer from the United States Department of Treasury into his HOI account ending in 8574 of an income tax refund in the total amount of $790.00, which was falsely and fraudulently obtained by submitting a false and fraudulent tax return using E.P.'s name and social security number.

3.      On or about July 6, 2012, **ANDY LAMOUR** received a wire transfer from the United States Department of Treasury into his HOI account ending in 8574 of an income tax refund in the total amount of $789.00, which was falsely and fraudulently obtained by submitting a false and fraudulent tax return using J.R.'s name and social security number.

4.      On or about July 18, 2012, **ANDY LAMOUR** received a wire transfer from the United States Department of Treasury into his HOI account ending in 8574 of an income tax

refund in the total amount of $790.00, which was falsely and fraudulently obtained by submitting a false and fraudulent tax return using M.M.'s name and social security number.

5.      On or about July 18, 2012, **ANDY LAMOUR** received a wire transfer from the United States Department of Treasury into his HOI account ending in 8574 of an income tax refund in the total amount of $1,149.00, which was falsely and fraudulently obtained by submitting a false and fraudulent tax return using C.A.'s name and social security number.

6.      On or about July 26, 2012, **ANDY LAMOUR** received a wire transfer in the amount of $1,000 into his HOI account ending in 8574 from M.A.'s HOI account ending in 2234.

7.      On or about July 27, 2012, **ANDY LAMOUR** received a wire transfer in the amount of $1,000 into his HOI account ending in 8574 from M.A.'s HOI account ending in 2234.

8.      On or about August 7, 2012, **TAMICA SMITH** received a wire transfer from the United States Department of Treasury into her Citibank My Target Paycard account ending in 7273 of an income tax refund in the total amount of $800.00, which was falsely and fraudulently obtained by submitting a false and fraudulent tax return using A.J.'s name and social security number.

9.      On or about August 8, 2012, **TAMICA SMITH** received a wire transfer from the United States Department of Treasury into her Citibank account ending in 7273 of an income tax refund in the total amount of $800.00, which was falsely and fraudulently obtained by submitting a false and fraudulent tax return using A.C.'s name and social security number.

10.     On or about August 8, 2012, **TAMICA SMITH** received a wire transfer from the United States Department of Treasury into her Citibank My Target Paycard account ending in

7273 of an income tax refund in the total amount of $800.00, which was falsely and fraudulently obtained by submitting a false and fraudulent tax return using E.M.'s name and social security number.

11.     On or about August 8, 2012, **TAMICA SMITH** withdrew $1,003.00 from her Citibank account ending in 7273 from the ATM of the Wells Fargo Bank located in Miami, Florida.

12.     On or about August 15, 2012, **TAMICA SMITH** received a wire transfer from the United States Department of Treasury into her Citibank account ending in 7273 of an income tax refund in the total amount of $1,149.00, which was falsely and fraudulently obtained by submitting a false and fraudulent tax return using K.J.'s name and social security number.

13.     On or about August 22, 2012, **TAMICA SMITH** received a wire transfer from the United States Department of Treasury into her Citibank My Target Paycard account ending in 7273 of an income tax refund in the total amount of $800.00, which was falsely and fraudulently obtained by submitting a false and fraudulent tax return using K.J.'s name and social security number in an income tax return.

14.     On or about August 22, 2012, **TAMICA SMITH** received a wire transfer from the United States Department of Treasury into her Citibank My Target Paycard account ending in 7273 of an income tax refund in the total amount of $800.00, which was falsely and fraudulently obtained by submitting a false and fraudulent tax return using J.A.'s name and social security number.

15.     On or about August 22, 2012, **MARIE JOSEPH** received a wire transfer from the United States Department of Treasury into her Citibank My Target Paycard account ending in 2187 of an income tax refund in the total amount of $799.00, which was falsely and

fraudulently obtained by submitting a false and fraudulent tax return using A.D.'s name and social security number.

16.     On or about August 29, 2012, **TAMICA SMITH** received a wire transfer from the United States Department of Treasury into her Citibank My Target Paycard account ending in 7273 of an income tax refund in the total amount of $800.00, which was falsely and fraudulently obtained by submitting a false and fraudulent tax return using R.R.'s name and social security number.

17.     On or about August 29, 2012, **MARIE JOSEPH** received seven (7) wire transfers from the United States Department of Treasury into her Citibank My Target Paycard account ending in 2187 of income tax refunds in the total amount of $5,600.00, which were falsely and fraudulently obtained by submitting a false and fraudulent tax returns using the names and social security numbers of J.S., J.M., A.S., K.A., J.A., A.A., and R.C.

18.     On or about August 29, 2012, **ANDY LAMOUR** withdrew $1,000.00 from **MARIE JOSEPH's** Citibank My Target Paycard account ending in 2187 at the Bank of America ATM located in Miami, Florida with **JOSEPH's** debit card and pin.

19.     On or about August 29, 2012, **ANDY LAMOUR** received a wire transfer from the United States Department of Treasury into his Citibank My Target Paycard account ending in 2454 of an income tax refund in the total amount of $1,149, which was falsely and fraudulently obtained by submitting a false and fraudulent tax return using L.M.'s name and social security number.

20.     On or about September 5, 2012, **ANDY LAMOUR** received a wire transfer from the United States Department of Treasury into his Citibank My Target Paycard account ending in 2454 of an income tax refund in the total amount of $1,149, which was falsely and fraudulently

obtained by submitting a false and fraudulent tax return using K.G.'s name and social security number.

21.     On or about September 5, 2012, **MARIE JOSEPH** received a wire transfer from the United States Department of Treasury into her Citibank My Target Paycard account ending in 2187 of an income tax refund in the total amount of $1,149, which was falsely and fraudulently obtained by submitting a false and fraudulent tax return using S.Z.'s name and social security number.

22.     On or about September 10, 2012, C.R. received a wire transfer from the United States Department of Treasury into her Citibank My Target Paycard account ending in 8102 of an income tax refund in the total amount of $800.00, which was falsely and fraudulently obtained by submitting a false and fraudulent tax return using B.B.'s name and social security number.

23.     On or about September 11, 2012, **EMMANUEL AVRILIEN** received a wire transfer from the United States Department of Treasury into his Citibank My Target Paycard account ending in 1858 of an income tax refund in the total amount of $577.00, which was falsely and fraudulently obtained by submitting a false and fraudulent tax return using J.V.'s name and social security number.

24.     On or about September 11, 2012, C.R. received two (2) wire transfers from the United States Department of Treasury into her Citibank My Target Paycard account ending in 8102 of income tax refunds in the total amount of $1,578.00, which were falsely and fraudulently obtained by submitting false and fraudulent tax returns using the names and social security numbers of S.J. and C.S.

25.    On or about September 11, 2012, **ANDY LAMOUR** withdrew $1,000.00 from C.R.'s Citibank account ending in 8102 at the Bank of America ATM located at 2655 NW 54th Street in Miami, Florida with C.R.'s debit card and PIN.

26.    On or about September 12, 2012, C.R. received four (4) wire transfers from the United States Department of Treasury into her Citibank account ending in 8102 of income tax refunds in the aggregate amount of $3,841.00 which were falsely and fraudulently obtained by submitting false and fraudulent tax returns using the names and social security numbers of S.R., C.T., L.D., and C.T.

27.    On or about September 12, 2012, **ANDY LAMOUR** withdrew $200.00 from C.R.'s Citibank My Target Paycard account ending in 8102 at the Bank of America ATM located at 2655 NW 54th Street in Miami, Florida with C.R.'s debit card and pin.

28.    On or about September 12, 2012, **EMMANUEL AVRILIEN** received a wire transfer from the United States Department of Treasury into his Citibank My Target Paycard account ending in 1858 of an income tax refund in the total amount of $1,149.00, which was falsely and fraudulently obtained by submitting a false and fraudulent tax return using Y.D.'s name and social security number.

29.    On or about September 12, 2012, **EMMANUEL AVRILIEN** received a wire transfer from the United States Department of Treasury into his Citibank My Target Paycard account ending in 1858 of an income tax refund in the total amount of $586.00, which was falsely and fraudulently obtained by submitting a false and fraudulent tax return using A.H.'s name and social security number.

30.    On or about November 1, 2012, **GERREY CHERRELUS** withdrew $2,100.00 from his HOI account ending in 6292 from the counter at the Citibank located in Miami, Florida.

31.    On or about November 1, 2012, **GERREY CHERRELUS** withdrew $2,100.00 from his HOI account ending in 6292 from the counter at the Citibank located in Miami, Florida.

32.    On or about November 1, 2012, **GERREY CHERRELUS** withdrew $1,900.00 from his HOI account ending in 6292 from the counter at the Wells Fargo Bank located in Miami, Florida.

33.    On or about November 1, 2012, **GERREY CHERRELUS** withdrew $2,100.00 from his HOI account ending in 6292 from the counter at the Wells Fargo Bank located in North Miami, Florida.

34.    On or about November 28, 2012, **SANDY JEAN-LOUIS** received four (4) wire transfers from the United States Department of Treasury into her HOI account ending in 7203 of income tax refunds in the aggregate amount of $3,200.00, which were falsely and fraudulently obtained by submitting false and fraudulent tax returns using the names and social security numbers of D.R., M.G., W.G., and M.C.

35.    On or about November 29, 2012, **SANDY JEAN-LOUIS** withdrew $2,000.00 from her HOI account ending in 7203 from the counter at the Wells Fargo Bank located in Miami, Florida.

36.    On or about December 5, 2012, **SANDY JEAN-LOUIS** received twenty-nine (29) wire transfers from the United States Department of Treasury into her HOI account ending in 7203 of income tax refunds which were falsely and fraudulently obtained by submitting false and fraudulent tax returns using the names and social security numbers of individuals without their authority or knowledge.

37.    On or about December 6, 2012, **SANDY JEAN-LOUIS** withdrew $2,000.00 from her HOI account ending in 7203 from the counter at the Citibank located in Miami, Florida.

38.     On or about December 6, 2012, **SANDY JEAN-LOUIS** withdrew $2,000.00 from her HOI account ending in 7203 from the counter at the Wells Fargo Bank located in Miami, Florida.

39.     On or about December 6, 2012, **SANDY JEAN-LOUIS** withdrew $2,000.00 from her HOI account ending in 7203 from the counter at the Citibank located in Miami, Florida.

40.     On or about December 7, 2012, **SANDY JEAN-LOUIS** withdrew $2,000.00 from her HOI account ending in 7203 from the counter at the JP Morgan Chase Bank located in Miami, Florida.

41.     On or about December 7, 2012, **SANDY JEAN-LOUIS** withdrew $2,000.00 from her HOI account ending in 7203 from the counter at the Wells Fargo Bank located in Miami, Florida.

42.     On or about December 27, 2012, **SANDY JEAN-LOUIS** cashed an HOI check in the amount of $1,143.82 and issued in her name as payee.

43.     On or about January 24, 2013, **GERREY CHERRELUS** cashed an HOI check in the amount of $19.18 and issued in his name as payee.

All in violation of Title 18, United States Code, Section 371.

### COUNTS 2-40
### Theft of Government Property
### (18 U.S.C. § 641)

1.     Paragraphs 1 through 21 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2.     On or about the dates enumerated as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants, as specified below, did knowingly receive, conceal, and retain, with the intent to convert to their own use and gain, a

thing of value of the United States and of a department and agency thereof, the aggregate value of which exceeded $1,000.00, that is, United States Department of Treasury tax refunds, knowing the tax refunds to have been stolen, purloined and converted, as specified in each count below:

| Count | Approx. Date | Defendant(s) | IRS Tax Refund Amount | Account Number |
|---|---|---|---|---|
| 2 | 6/13/2012 | EMMANUEL AVRILIEN | Electronic Funds Transfer issued in the name of L.C. and in the amount of $790.00 | XXXXXXXXXXXX1858 |
| 3 | 6/27/2012 | EMMANUEL AVRILIEN and ANDY LAMOUR | Electronic Funds Transfer issued in the name of E.P. and in the amount of $790.00 | XXXX8574 |
| 4 | 7/6/2012 | EMMANUEL AVRILIEN and ANDY LAMOUR | Electronic Funds Transfer issued in the name of J.R. and in the amount of $789.00 | XXXX8574 |
| 5 | 7/11/2012 | EMMANUEL AVRILIEN and ANDY LAMOUR | Electronic Funds Transfer issued in the name of S.W. and in the amount of $789.00 | XXXX8574 |
| 6 | 7/11/2012 | EMMANUEL AVRILIEN and ANDY LAMOUR | Electronic Funds Transfer issued in the name of V.V. and in the amount of $616.00 | XXXX8574 |
| 7 | 7/18/2012 | EMMANUEL AVRILIEN and ANDY LAMOUR | Electronic Funds Transfer issued in the name of M.M. and in the amount of $790.00 | XXXX8574 |
| 8 | 7/18/2012 | EMMANUEL AVRILIEN and ANDY LAMOUR | Electronic Funds Transfer issued in the name of C.A. and in the amount of $1,149.00 | XXXX8574 |
| 9 | 7/18/2012 | EMMANUEL AVRILIEN and ANDY LAMOUR | Electronic Funds Transfer issued in the name of E.O. and in the amount of $811.00 | XXXX8574 |
| 10 | 7/25/2012 | EMMANUEL AVRILIEN and ANDY LAMOUR | Electronic Funds Transfer issued in the name of R.Y. and in the amount of $1,290.00 | XXXX8574 |

| Count | Approx. Date | Defendant(s) | IRS Tax Refund Amount | Account Number |
|---|---|---|---|---|
| 11 | 8/7/2012 | **TAMICA SMITH** | Electronic Funds Transfer issued in the name of A.J. and in the amount of $800.00 | XXXXXXXXXXXX7273 |
| 12 | 8/8/2012 | **TAMICA SMITH** | Electronic Funds Transfer issued in the name of A.C. and in the amount of $800.00 | XXXXXXXXXXXX7273 |
| 13 | 8/8/2012 | **TAMICA SMITH** | Electronic Funds Transfer issued in the name of E.M. and in the amount of $800.00 | XXXXXXXXXXXX7273 |
| 14 | 8/14/2012 | **TAMICA SMITH** | Electronic Funds Transfer issued in the name of K.J. and in the amount of $1,149.00 | XXXXXXXXXXXX7273 |
| 15 | 8/29/2012 | **MARIE JOSEPH and ANDY LAMOUR** | Electronic Funds Transfer issued in the name of A.S. and in the amount of $800.00 | XXXXXXXXXXXX2187 |
| 16 | 8/29/2012 | **MARIE JOSEPH and ANDY LAMOUR** | Electronic Funds Transfer issued in the name of J.M. and in the amount of $800.00 | XXXXXXXXXXXX2187 |
| 17 | 8/29/2012 | **MARIE JOSEPH and ANDY LAMOUR** | Electronic Funds Transfer issued in the name of J.S. and in the amount of $800.00 | XXXXXXXXXXXX2187 |
| 18 | 8/29/2012 | **EMMANUEL AVRILIEN and ANDY LAMOUR** | Electronic Funds Transfer issued in the name of L.M. and in the amount of $1,149.00 | XXXXXXXXXX2454 |
| 19 | 8/29/2012 | **EMMANUEL AVRILIEN and ANDY LAMOUR** | Electronic Funds Transfer issued in the name of M.M. and in the amount of $800.00 | XXXXXXXXXX2454 |
| 20 | 8/29/2012 | **EMMANUEL AVRILIEN and ANDY LAMOUR** | Electronic Funds Transfer issued in the name of D.D. and in the amount of $800.00 | XXXXXXXXXX2454 |
| 21 | 8/29/2012 | **EMMANUEL AVRILIEN and ANDY LAMOUR** | Electronic Funds Transfer issued in the name of L.M. and in the amount of $1,149.00 | XXXXXXXXXX2454 |

| Count | Approx. Date | Defendant(s) | IRS Tax Refund Amount | Account Number |
|-------|--------------|--------------|------------------------|----------------|
| 22 | 8/29/2012 | **GERREY CHERRELUS** | Electronic Funds Transfer issued in the name of Y.W. and in the amount of $949.00 | XXXX6292 |
| 23 | 8/29/2012 | **GERREY CHERRELUS** | Electronic Funds Transfer issued in the name of J.S. and in the amount of $931.00 | XXXX6292 |
| 24 | 9/5/2012 | **GERREY CHERRELUS** | Electronic Funds Transfer issued in the name of M.C. and in the amount of $959.00 | XXXX6292 |
| 25 | 9/5/2012 | **MARIE JOSEPH** | Electronic Funds Transfer issued in the name of S.Z. and in the amount of $1,149.00 | XXXXXXXXXXXX2187 |
| 26 | 9/5/2012 | **EMMANUEL AVRILIEN and ANDY LAMOUR** | Electronic Funds Transfer issued in the name of K.G. and in the amount of $1,149.00 | XXXXXXXXXX2454 |
| 27 | 9/5/2012 | **EMMANUEL AVRILIEN and ANDY LAMOUR** | Electronic Funds Transfer issued in the name of D.L. and in the amount of $1,149.00 | XXXXXXXXXX2454 |
| 28 | 9/11/2012 | **EMMANUEL AVRILIEN** | Electronic Funds Transfer issued in the name of J.V. and in the amount of $577.00 | XXXXXXXXXXXX1858 |
| 29 | 9/12/2012 | **EMMANUEL AVRILIEN** | Electronic Funds Transfer issued in the name of Y.D. and in the amount of $1,149.00 | XXXXXXXXXXXX1858 |
| 30 | 9/12/2012 | **EMMANUEL AVRILIEN** | Electronic Funds Transfer issued in the name of A.H. and in the amount of $586.00 | XXXXXXXXXXXX1858 |
| 31 | 10/31/2012 | **GERREY CHERRELUS** | Electronic Funds Transfer issued in the name of M.U. and in the amount of $1,149.00 | XXXX6292 |
| | | | | |

| Count | Approx. Date | Defendant(s) | IRS Tax Refund Amount | Account Number |
|---|---|---|---|---|
| 32 | 10/31/2012 | **GERREY CHERRELUS** | Electronic Funds Transfer issued in the name of J.B. and in the amount of $1,149.00 | XXXX6292 |
| 33 | 10/31/2012 | **GERREY CHERRELUS** | Electronic Funds Transfer issued in the name of D.V. and in the amount of $1,149.00 | XXXX6292 |
| 34 | 10/31/2012 | **GERREY CHERRELUS** | Electronic Funds Transfer issued in the name of W.R. and in the amount of $1,149.00 | XXXX6292 |
| 35 | 11/19/2012 | **SANDY JEAN-LOUIS** | Electronic Funds Transfer issued in the name of J.F. and in the amount of $793.00 | XXXXX7203 |
| 36 | 11/21/2012 | **SANDY JEAN-LOUIS** | Electronic Funds Transfer issued in the name of C.H. and in the amount of $789.00 | XXXXX7203 |
| 37 | 11/21/2012 | **SANDY JEAN-LOUIS** | Electronic Funds Transfer issued in the name of O.M. and in the amount of $754.22 | XXXXX7203 |
| 38 | 12/05/2012 | **SANDY JEAN-LOUIS** | Electronic Funds Transfer issued in the name of J.T. and in the amount of $800.00 | XXXXX7203 |
| 39 | 12/05/2012 | **SANDY JEAN-LOUIS** | Electronic Funds Transfer issued in the name of O.B. and in the amount of $800.00 | XXXXX7203 |
| 40 | 12/05/2012 | **SANDY JEAN-LOUIS** | Electronic Funds Transfer issued in the name of C.E. and in the amount of $800.00 | XXXXX7203 |

In violation of Title 18, United States Code, Sections 641 and 2.

## FORFEITURE ALLEGATIONS
### (18 U.S.C. § 981(a)(1)(C))

1.    The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which each of the defendants, **EMMANUEL AVRILIEN**, **ANDY LAMOUR**, **SANDY JEAN-LOUIS**, **TAMICA SMITH**, **MARIE JOSEPH**, and **GERREY CHERRELUS**, has an interest.

2.    Upon conviction of a violation of, or a conspiracy to violate, Title 18, United States Code, Section 641, as alleged in this Indictment, each of the defendants shall forfeit to the United States of America any property, real and personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth at Title 21, United States Code, Section 853, both of which are made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

GERA R. PEOPLES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES OF AMERICA

**vs.**

Emmanuel Avrilien, ET AL.,

Defendants.

_____/

**CASE NO.**

_____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | | | |
|---|---|---|---|
| x | Miami | _____ | Key West |
| _____ | FTL | _____ | WPB | FTP |

New Defendant(s)        Yes _____   No _____
Number of New Defendants
Total number of counts        _____

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:      (Yes or No)      No
      List language and/or dialect      _____

4.    This case will take      4-5      days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

(Check only one)

| | | | | (Check only one) | |
|---|---|---|---|---|---|
| I | 0   to  5 days | x | | Petty | |
| II | 6   to 10 days | | | Minor | |
| III | 11 to 20 days | | | Misdem. | |
| IV | 21 to 60 days | | | Felony | x |
| V | 61 days and over | | | | |

6.    Has this case been previously filed in this District Court?   (Yes or No)      No

If yes:
Judge:                                        Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?        (Yes or No)      No
If yes:
Magistrate Case No.                        _____
Related Miscellaneous numbers:        _____
Defendant(s) in federal custody as of        _____
Defendant(s) in state custody as of        _____
Rule 20 from the _____        District of        _____

Is this a potential death penalty case? (Yes or No)      No

7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?        _____ Yes      x   No

8.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?        _____ Yes      x   No

_____
GERA R. PEOPLES
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0450022

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **EMMANUEL AVRILIEN**

**Case No**: _____

Count #: 1

Conspiracy to Steal Government Property or Money

Title 18, United States Code, Section 371

**\* Max. Penalty**:   Five (5) Years' Imprisonment

Counts #: 2-10, 18-21, and 27-30

Theft of Government Property or Money

Title 18, United States Code, Section 641

**\* Max. Penalty**:   Ten (10) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ANDY LAMOUR

**Case No**: _____

Count #: 1

Conspiracy to Steal Government Property or Money

Title 18, United States Code, Section 371

**\* Max. Penalty**:   Five (5) Years' Imprisonment

Counts #: 3-10; 15-21; 26-27

Theft of Government Property or Money

Title 18, United States Code, Section 641

**\* Max. Penalty**:   Ten (10) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:** <u>SANDY JEAN-LOUIS</u>

Case No: _____

Count #: 1

<u>Conspiracy to Steal Government Property or Money</u>

<u>Title 18, United States Code, Section 371</u>

**\* Max. Penalty**:   Five (5) Years' Imprisonment

Counts #: 35-40

<u>Theft of Government Property or Money</u>

<u>Title 18, United States Code, Section 641</u>

**\* Max. Penalty**:   Ten (10) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name: TAMICA SMITH**

**Case No:** _____

Count #: 1

Conspiracy to Steal Government Property or Money

Title 18, United States Code, Section 371

**\* Max. Penalty**:   Five (5) Years' Imprisonment

Counts #: 11-14

Theft of Government Property or Money

Title 18, United States Code, Section 641

**\* Max. Penalty**:   Ten (10) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: MARIE JOSEPH**

Case No: _____

Count #: 1

Conspiracy to Steal Government Property or Money

Title 18, United States Code, Section 371

**\* Max. Penalty**:   Five (5) Years' Imprisonment

Counts #: 15-17, 25

Theft of Government Property or Money

Title 18, United States Code, Section 641

**\* Max. Penalty**:   Ten (10) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **GERREY CHERRELUS**

Case No: _____

Count #: 1

Conspiracy to Steal Government Property or Money

Title 18, United States Code, Section 371

**\* Max. Penalty:**   Five (5) Years' Imprisonment

Counts #: 22-24; 31-34

Theft of Government Property or Money

Title 18, United States Code, Section 641

**\* Max. Penalty:**   Ten (10) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**